# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
Suite 115
**NEW ORLEANS, LA 70130**

December 27, 2021

Mr. David O'Toole
Eastern District of Texas, Sherman
101 E. Pecan Street
Federal Building
Room 216
Sherman, TX 75090-0000

    No. 21-40398   USA v. Flores-Vivanco
                           USDC No. 4:19-CR-88-2

Dear Mr. O'Toole,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                               Sincerely,

                               LYLE W. CAYCE, Clerk

                               By: _____
                               Christina A. Gardner, Deputy Clerk
                               504-310-7684

cc: (letter only)
    Mr. Juan Ramon Flores-Vivanco
    Mr. Ernest Gonzalez
    Mr. Bradley Elliot Visosky

# United States Court of Appeals
## for the Fifth Circuit

---

No. 21-40398
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**
December 2, 2021

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

        *Plaintiff—Appellee*,

versus

JUAN RAMON FLORES-VIVANCO,

        *Defendant—Appellant*.

---

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:19-CR-88-2

---

Before KING, COSTA, and HO, *Circuit Judges*.

## JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the appeal is DISMISSED as frivolous.

**Certified as a true copy and issued as the mandate on Dec 27, 2021**

Attest:  *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
December 2, 2021

Lyle W. Cayce
Clerk

No. 21-40398
Summary Calendar

UNITED STATES OF AMERICA,

          *Plaintiff—Appellee*,

versus

JUAN RAMON FLORES-VIVANCO,

          *Defendant—Appellant*.

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:19-CR-88-2

Before KING, COSTA, and HO, *Circuit Judges*.

PER CURIAM:*

    The attorney appointed to represent Juan Ramon Flores-Vivanco has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Flores-Vivanco has not filed a response. We have reviewed

---

* Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.

counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.